IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRIS S. FARMEN,**                                              06-CV-1043-PK

        Petitioner,                               ORDER

v.

**SHARON BLACKETTER,**

        Respondent.


**STEVEN T. WAX**
Federal Public Defender
**BRYAN E. LESSLEY**
Assistant Frederal Public Defender
151 W. 7th Avenue, Suite 510
Eugene, OR 97401
(541) 465-6937

        Attorneys for Petitioner

**HARDY MYERS**
Attorney General
**LYNN DAVID LARSEN**
Attorney-in-Charge
Department of Justice
1162 Court Street NE
Salem, OR 97301
(503) 947-4700

        Attorneys for Respondent

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#30) on March 20, 2008, in which he recommended this Court deny the Petition for Writ of Habeas Corpus (#2) and dismiss the matter with prejudice.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge's Findings and Recommendation (#30).  Accordingly, the Court **DENIES** Petitioner's Petition for Writ of Habeas Corpus (#2) and **DISMISSES** this

2 - ORDER

matter **with prejudice.**

IT IS SO ORDERED.

DATED this __29th____ day of April, 2008.

```
   /s/ Anna J. Brown
ANNA J. BROWN
United States District Judge
```

3 - ORDER